**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JEFF MACY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendant. | No. 5:24-cv-01009-RGK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Second Amended Complaint is dismissed with prejudice and without leave to amend.

3. Judgment shall be entered dismissing this action with prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: **7/18/2024**

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE