JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JEFF MACY,<br><br>    Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendant. | No. 5:24-cv-01009-RGK-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Second Amended Complaint in this matter is dismissed with prejudice and without leave to amend, and the action is dismissed with prejudice.

DATED: 7/18/2024

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE